# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARCIE GREEN,**

        **Plaintiff,**

**-vs-**                             **Case No. 6:11-cv-397-Orl-28DAB**

**SUMMERVILLE AT OVIEDO, LLC,**

        **Defendant.**

_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice (Doc. No. 25) filed November 10, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection to the Report and Recommendation (Doc. No. 27), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 14, 2011 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice is **GRANTED** to the extent that the Court finds the settlement to be a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act provisions.

3. This case is dismissed with prejudice.

4. The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___22nd___ day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

_____
JOHN ANTOON II
United States District Judge